IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| Sheila Renee-Allen Wood fka Sheila Renee-Allen Sosa fka ) | |
| Shela Renee-Allen Nigro, *Debtor* ) | Case No. 20-50178-btf13 |
| ) | |
| AmeriHome Mortgage Company, LLC, by Cenlar FSB, ) | Chapter: 13 |
| *Creditor* ) | |
| ) | |
| vs. ) | |
| ) | |
| Sheila Renee-Allen Wood fka Sheila Renee-Allen Sosa fka ) | |
| Shela Renee-Allen Nigro, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Richard Fink, *Trustee* ) | |

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was filed electronically on this August 18, 2020 with the United States Bankruptcy Court for the Western District of Missouri, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court.

Todd W. Griffee
3500 North Village Dr., Ste. 234
St. Joseph, MO 64506
**ATTORNEY FOR DEBTOR**

Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663
**TRUSTEE**

And delivered via U.S. Mail, First Class, postage prepaid, on August 18, 2020, to:

Sheila Renee-Allen Wood
3445 West 110th Avenue
New Hampton, MO 64471
**DEBTOR**

Douglas Wood
1276 Archwood Dr
Clarksville, TN 37042
**CO-DEBTOR**

File No. 227547
Case No: 20-50178-btf13

SOUTHLAW, P.C.

_/s/Wendee Elliott-Clement_

Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
mobknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 227547
Case No: 20-50178-btf13